UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROYAL DISPOSABLE MEDICAL & SAFETY SUPPLIES, INC. d/b/a ROYAL DENTAL SUPPLY on behalf of itself and all others similarly situated<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE LLC  and ALPHABET INC.,<br><br>　　　　　　Defendants. | Case No. 1:20-cv-03291 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Royal Disposable Medical & Safety Supplies, Inc. d/b/a Royal Dental Supply hereby dismisses its claim in this action without prejudice.

Dated: November 20, 2020

Respectfully submitted,

By: *Richard E. Schimel*

Richard E. Schimel (D.C. Bar # 273193)
**LAW OFFICES OF RICHARD E SCHIMEL, LLC**
7315 Wisconsin Avenue
Suite 800 West
Bethesda, Maryland 20814-3244
(240) 395-4400
rschimel@lawofficesres.com

John Radice (*pro hac vice* forthcoming)
April Lambert (*pro hac vice* forthcoming)

Eva Kane (*pro hac vice* forthcoming)
**RADICE LAW FIRM, P.C.**
475 Wall Street
Princeton, New Jersey 08542
Tel: (646) 245-8502
Fax: (609) 385-0745
jradice@radicelawfirm.com
alambert@radicelawfirm.com
ekane@radicelaw.com

*Attorneys for Plaintiff*